**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Flexport International, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Grupo PGL Mexico SAPI a/k/a Pak2Go Logistics,<br><br>Defendant. | Civil Action No. 1:24-cv-11327-LTS<br><br>**STATUS REPORT** |

NOW COMES, Plaintiff Flexport International, LLC ("Flexport"), by and through its undersigned counsel and, pursuant to the Court's Order on August 13, 2026 [Doc. #21], provides the following Status Report.

## STATUS REPORT

On May 20, 2024, Flexport filed its Complaint in this case against Defendant Grupo PGL Mexico SAPI a/k/a Pak2Go Logistics ("Pak2Go"). [Doc. #1] Because Pak2Go is located in Mexico, Flexport sought to serve it through the Hague Convention on Service of Process. *See* Fed. R. Civ. P. 4(j). As previously reported, the undersigned counsel retained an external service to handle the document translation and service, who informed us that service in Mexico may take over a year. They also reported that authorities in Mexico tend to provide irregular updates and are generally unresponsive.

As previously reported, our service provider stated that "they were unable to serve the documents" because "authorities could not locate the exact location of the

address." We also reported that we had researched alternative service providers for this service. Based on this information, Plaintiff has retained counsel in Mexico to help effect service.

Since the latest update, co-counsel in Mexico has informed Plaintiff on the distinct procedures for Mexico, with an initial issue that needs attention. Specifically, they informed us that, based on their research of Mexican records, defendant's formal entity name is Grupo PGL Mexico S.A.P.I. de C.V., not Grupo PGL Mexico SAPI a/k/a Pak2Go Logistics. They further informed us that proper service in Mexico may turn on such formalistic technicalities, and that we should amend our Summons and Complaint appropriately. This is what we intend to do.

Plaintiff respectfully requests the Honorable Court for an additional sixty (60) days to file a new Status Report. In the meantime, Plaintiff will move the Court to amend its complaint, and then seek to serve this amended complaint on the defendant with assistance from Mexican counsel.

WHEREFORE, Plaintiff Flexport International, LLC respectfully requests that this Honorable Court accept its Status Report.

Respectfully submitted,

Plaintiff,
Flexport International, LLC,
By and through its Attorney:

Nicole L. Andrescavage

Nicole L. Andrescavage, Esq.
BBO No. 705093

BLUE ANCHOR LEGAL & CONSULTING LLC
2155 Diamond Hill Road, 2L
Cumberland, RI 02864
Tel.: 401.213.5616
Nicole.Andrescavage@blueanchorlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2026, a copy of the foregoing was filed through the CM/ECF system, and it is available for viewing and downloading from the CM/ECF system such that all appearing counsel have been served with this document by electronic means.

Nicole L. Andrescavage
Nicole L. Andrescavage, Esq.